**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) |
| | ) Case No. 17-21536-CMB |
| **Holly J. Stefanski,** | ) |
| | ) Chapter 13 |
|        **Debtor,** | ) |
| | ) Document No. |
| **Holly J. Stefanski,** | ) |
| | ) Related to Doc. No. 26 |
|        **Movant,** | ) |
|   vs. | ) Hearing date: 11/29/17 10:00 a.m. |
| | ) |
| **Crown Asset Management, LLC,** | ) Response due: 11/06/17 |
| | ) |
|        **Respondent.** | ) |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION TO AVOID LIEN**

**TO THE RESPONDENT:**

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than November 6, 2017**,** i.e. seventeen (17) days after the date of service below, in accordance with Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on **November 29, 2017, at 10:00 a.m. before Judge Böhm in Court Room B, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

**Date of Mailing or other
service:** 10/10/17                                    **Attorney for Movant,**

                                                         **/s/ Francis E. Corbett**
                                                         **Francis E. Corbett, Esquire, PA ID #37594**
                                                         **fcorbett@fcorbettlaw.com**
                                                         **310 Grant Street, Suite 1420**
                                                         **Pittsburgh, PA  15219-2230**
                                                         **(412) 456-1882**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) |
| | ) Case No. 17-21536-CMB |
| **Holly J. Stefanski,** | ) |
| | ) |
| **Debtor,** | ) Chapter 13 |
| | ) |
| **Holly J. Stefanski,** | ) Document No. |
| | ) |
| **Movant,** | ) |
| vs. | ) Hearing date: 11/29/17 10:00 a.m. |
| | ) |
| **Crown Asset Management, LLC,** | ) Response due: 11/06/17 |
| | ) |
| **Respondent.** | ) |

## CERTIFICATE OF SERVICE

I, **Francis E. Corbett**, verify under penalty of perjury that a copy of **Notice of Hearing with Response Deadline Along with Motion to Avoid Lien** were served on October 10, 2017 on the following by NECF:

Office of the U.S. Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

The following parties were served by certified and first class mail on October 10, 2017:

Frederic I. Weinberg, Esquire
375 East Elm Street, #210
Conshohocken, PA 19428

Crown Asset Management, LLC
P.O. Box C3800
Southeastern, PA 19398

CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

**DATED:   10/10/17**                    /s/ Francis E. Corbett_____
                                         **Francis E. Corbett, Esquire, PA ID #37594**
                                         **fcorbett@fcorbettlaw.com**
                                         **310 Grant Street, Suite 1420**
                                         **Pittsburgh, PA  15219-2230**
                                         **(412) 456-1882**