# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** HOLLY J STEFANSKI
**Case Number:** 17-21536-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 19, 2017 11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
10/24/17 3:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#16 - Final Confirmation of Plan Dated 5/3/2017 (NFC)
R / M #:  16 / 0

### *Appearances:*

*Corbett*

Debtor:
Trustee: Winnecour / Bedford / (Pail) Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 11/17/17
   Objections are due on or before 12/8/17
   A hearing on the Amended Plan is set for 12/21/17 at 9:30.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/13/2017 10:05:45AM