# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) |
| | ) **Case No. 17-21536-CMB** |
| **Holly J. Stefanski,** | ) |
| | ) **Chapter 13** |
| Debtor, | ) |
| | ) **Document No.** |
| **Holly J. Stefanski,** | ) |
| | ) **Related to Doc. No. 26** |
| Movant, | ) |
| vs. | ) **Hearing date: 11/29/17 10:00 a.m.** |
| | ) |
| **Crown Asset Management, LLC,** | ) **Response due: 11/06/17** |
| | ) |
| Respondent. | ) |

### Certification of No Objection Regarding
### Motion to Avoid Lien – Document No. 26

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on October 10, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 6, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 11/07/17
　　　　　　　　　　　　　　　s/ Francis E. Corbett_____
　　　　　　　　　　　　　　　Francis E. Corbett, Esquire, PA I.D. #37594
　　　　　　　　　　　　　　　**fcorbett@fcorbettlaw.com**
　　　　　　　　　　　　　　　**1420 Grant Building**
　　　　　　　　　　　　　　　**310 Grant Street**
　　　　　　　　　　　　　　　**Pittsburgh, PA  15219**
　　　　　　　　　　　　　　　**(412) 456-1882**