IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17-21536-CMB |
| Holly J. Stefanski, | ) |
| | ) Chapter 13 |
| Debtor, | ) |
| | ) Document No. |
| Holly J. Stefanski, | ) |
| | ) Related to Doc. No.   26 |
| Movant, | ) |
| vs. | ) Hearing date: 11/29/17 10:00 a.m. |
| | ) |
| Crown Asset Management, LLC, | ) Response due: 11/06/17 |
| | ) |
| Respondent. | ) **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this 8th day of November, 2017, on motion of the debtor, Holly Stefanski, and pursuant to 11 U.S.C. §522(f)(1)(A), it is hereby **ORDERED, ADJUDGED AND DECREED** that the lien of the respondent, Crown Asset Management, LLC, on the judgment entered in the Court of Common Pleas of Allegheny County at Case No. GD-08-024909 on November 20, 2008, in the amount of $7,646.28, is hereby avoided as a lien against the debtor as it impairs her right to claim an exemption in her residence.

By the Court,

_Carlota M. Böhm_    dmr
Carlota M. Böhm
United States Bankruptcy Judge

FILED
11/8/17 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

FILED
11/8/17 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Holly J Stefanski  
    Debtor  

Case No. 17-21536-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Nov 08, 2017  
                             Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.  
db          +Holly J Stefanski,    7 Dampscy Way,    Imperial, PA 15126-9154  
14403024       Crown Asset Management, LLC,    P.O. Box C3800,    Southeastern, PA 19398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:  
        Francis E. Corbett    on behalf of Debtor Holly J Stefanski fcorbett@fcorbettlaw.com,  
         fcorbett7@gmail.com  
        James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,  
         cnoroski@grblaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                         TOTAL: 5