UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | HOLLY J STEFANSKI |
| Case Number: | 17-21536-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 21, 2017 09:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/28/17 8:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#32 Amended Plan Dated 11/2/2017 (NFC)
R / M #:  32 / 0

*Appearances:*

Debtor: Corbett
Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/8/18 at 9:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/14/2017  8:02:48AM