## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-21536-CMB |
| | ) |
| **Holly J. Stefanski,** | ) Chapter 13 |
| Debtor, | ) |
| | ) Document No. |
| **Holly J. Stefanski,** | ) |
| Movants, | ) Related to Doc. No. 56 |
| vs. | ) |
| | ) |
| **Ronda J. Winnecour, Chapter 13 Trustee,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Francis E. Corbett, verify under penalty of perjury that a copy of the Order Approving Postpetition Automobile Financing were served on the following by NECF:

Office of the U.S. Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com
Jeffrey R. Hunt, Esquire jhunt@grblaw.com
James Warmbrodt, Esquire bkgroup@kmllawgroup.com


**DATED:   02/24/20**            /s/ Francis E. Corbett_____
                                 **Francis E. Corbett, Esquire, PA ID #37594**
                                 **fcorbett@fcorbettlaw.com**
                                 **Mitchell Building - 707**
                                 **304 Ross Street**
                                 **Pittsburgh, PA  15219-2230**
                                 **(412) 456-1882**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-21536-CMB |
| | ) |
| Holly J. Stefanski, | ) Chapter 13 |
|     Debtor, | ) |
| | ) Document No. |
| Holly J. Stefanski, | ) |
|     Movants, | ) Related to Doc. No.  55 |
| vs. | ) |
| | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| | ) |
|     Respondent. | ) |
| | ) |

## ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

AND NOW, this __21st__ day of __February__, 2020, on Motion of the Debtor and with the consent of the Chapter 13 Trustee, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is granted as provided by the terms of this Order. Debtor is authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    (a) The total amount of financing shall not exceed $18,500; and

    (b) The monthly payments made under the financing agreement shall not exceed $450.

2. To the extent that Debtor secures financing for the purchase of a new vehicle, such payments shall be made through the Chapter 13 plan. Within 30 days of securing such financing, Debtor shall file:

    (a)    An amended Chapter 13 plan; and

    (b)    A Report of Financing including details of the transaction.

3. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 Trustee within 7 days of filing the Report of Financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Pending confirmation of any amended plan providing for the new Postpetition loan payments, the Trustee is authorized to make monthly adequate protection payments to the new lender for the contract amount so long as sufficient supplemental funds are provided by the Debtor.

5. Notwithstanding the inclusion of the Postpetition loan within an amended Chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the lender.

6. Debtor shall serve copies of this Order on all creditors eligible to receive distributions through the Chapter 13 plan and file proof of the same with the Court.

By the Court,

Carlota M. Böhm
United States Bankruptcy Judge

FILED
2/21/20 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA