# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-21536-CMB |
| | ) |
| **Holly J. Stefanski,** | ) **Chapter 13** |
| Debtor, | ) |
| | ) Document No. |
| **Holly J. Stefanski,** | ) |
| Movants, | ) Related to Doc. Nos. 62 - 64 |
| vs. | ) |
| | ) |
| **Ronda J. Winnecour, Chapter 13 Trustee,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Francis E. Corbett, verify under penalty of perjury that a copies of the Order Scheduling Hearing and Objection Deadline and Second Amended Plan were served on the following by NECF:

Office of the U.S. Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com
Jeffrey R. Hunt, Esquire jhunt@grblaw.com
James Warmbrodt, Esquire bkgroup@kmllawgroup.com

The remaining parties on the attached mailing matrix were served by first class mail.

**DATED: 03/06/20**         /s/ Francis E. Corbett
                            **Francis E. Corbett, Esquire, PA ID #37594**
                            **fcorbett@fcorbettlaw.com**
                            **Mitchell Building - 707**
                            **304 Ross Street**
                            **Pittsburgh, PA 15219-2230**
                            **(412) 456-1882**