Form RSC Conciliation (Reschedule Conciliation–COVID

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Holly J Stefanski** | : | Case No. 17–21536–CMB |
| *Debtor(s)* | : | |
| | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this **The 3rd of April, 2020**, due to the COVID–19 virus pandemic, the conciliation conference scheduled for April 23, 2020 is **RESCHEDULED** to *7/2/20 at 10:00 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*

Dated: April 3, 2020

cm: Debtor
    Debtor's Atty.
    Ch. 13 Trustee

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21536-CMB
Holly J Stefanski                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Apr 03, 2020
                   Form ID: RSCcon3    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.
db        +Holly J Stefanski,   7 Dampscy Way,   Imperial, PA 15126-9154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:
      Francis E. Corbett   on behalf of Debtor Holly J Stefanski fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
      James Warmbrodt   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
      Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      TOTAL: 5