**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| HOLLY J STEFANSKI | Case No. 17-21536CMB |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| COUNTY OF ALLEGHENY (RE TAX)* | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

The creditor has informed the Trustee that the creditor is not owed anything on a claim. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

PROOF OF CLAIM HAS NOT YET BEEN WITHDRAWN.

COUNTY OF ALLEGHENY (RE TAX)*　　　　Court claim# 4/Trustee CID# 14
C/O JORDAN TAX SVC-CUR/DLNQ CLCTR
POB 200
BETHEL PARK, PA 15102

The Movant further certifies that on 06/23/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
HOLLY J STEFANSKI, 7 DAMPSCY WAY, IMPERIAL, PA  15126

DEBTOR'S COUNSEL:
FRANCIS E CORBETT ESQ, MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
COUNTY OF ALLEGHENY (RE TAX)*, C/O JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA  15102

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GRB LAW, FRICK BUILDING 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219

:
GRB LAW, FRICK BUILDING - 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219

NEW CREDITOR: