**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HOLLY J STEFANSKI | Case No. 17-21536CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>KEYBANK NA** | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

IT APPEARS THE ACCOUNT MY BE PAID IN FULL. NO PROOF OF SATISFACTON PROVIDED.

KEYBANK NA**  
POB 94968  
CLEVELAND, OH 44101

Court claim# 5/Trustee CID# 1

The Movant further certifies that on 07/15/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
original creditor  
putative creditor  
counsel for debtor(s)  
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| HOLLY J STEFANSKI, 7 DAMPSCY WAY, IMPERIAL, PA  15126 | FRANCIS E CORBETT ESQ, MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR: | ORIGINAL CREDITOR'S COUNSEL: |
| KEYBANK NA**, POB 94968, CLEVELAND, OH  44101 | KEYBANK NA**, ATTN NOTICES - BANKRUPTCY, 4910 TIEDEMAN RD, BROOKLYN, OH  44144 |
| NEW CREDITOR: | |