**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/02/2022

IN RE:

HOLLY J STEFANSKI
7 DAMPSCY WAY
IMPERIAL, PA 15126
XXX-XX-7958          Debtor(s)

Case No. 17-21536 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/2/2022

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Details |
|---|---|---|
| **KEYBANK NA**<br>POB 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number: 1   INT %: 4.99%<br>Court Claim Number: 5<br>CLAIM: 10,108.78<br>COMMENT: $CL-PL@4.99%MDF/PL*PIF/CR*NTC RSV*DKY | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 7017 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 26,793.81<br>COMMENT: FR PHEAA~DOC 44 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7958 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,077.66<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9702 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,060.91<br>COMMENT: COMENITY*ANN TAYLOR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1954 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~VENUS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7748 |
| **CROWN ASSET MANAGEMENT**<br>2417 WELSH RD<br>STE 21 # 520<br>PHILADELPHIA, PA  19114 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AVD/OE*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FAST CASH**<br>PO BOX 50<br><br>FORT THOMPSON, SD  57339 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA**<br>PO BOX 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 502.38<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6478 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,198.01<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9100 |
| **GLHEC & AFFILIATES: GLHEGC NELA USAF**<br>PO BOX 809142<br><br>CHICAGO, IL  60680 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 3-3<br>CLAIM: 86,221.46<br>COMMENT: NO ACCT/SCH*FR NAVIENT-DOC 47, 51 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7958 |

| Creditor | Claim Info | Description |
|---|---|---|
| **FREDERIC I WEINBERG ESQ**<br>THE LAW OFCS OF FREDERIC I WEINBERG & AS<br>375 E ELM ST STE 210<br>CONSHOHOCKEN, PA  19428 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:6-2<br>CLAIM:  10,540.68<br>COMMENT:  RS/OE*310.02/PL X 35 REM PMTS*/SCH G*AMD CL=$0*W/19 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  J637 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  COUNTY OF ALLEGHENY/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:4-2<br>CLAIM:  0.00<br>COMMENT:  1041S15*CL4GOV*NT/SCH*2017*WNTS 12%*W/15*AMD=$0 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1S15 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:4-2<br>CLAIM:  0.00<br>COMMENT:  1041S15*CL4GOV*NT/SCH*2017*NON INT*W/14*AMD = $0 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  1S15 |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPARTM**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br>PORTLAND, OR  97208-4450 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:7-2<br>CLAIM:  51,145.37<br>COMMENT:  NO ACCT/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7958 |
| **UNITED STUDENT AID FUNDS INC (USAF)**<br>C/O GREAT LAKES HIGHER EDU GUAR CORP<br>PO BOX 809142<br>CHICAGO, IL  60680 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:3-2<br>CLAIM:  0.00<br>COMMENT:  W/10*IMPROPER AMD CL REPL BY ORIGINAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7958 |
| **AMERICAN CREDIT ACCEPTANCE LLC**<br>PO BOX 204531<br>DALLAS, TX  75320-4531 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PMT/PL*449.42 X (26+2)=LMT*BGN 3/20 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  4492 |
| **TOYOTA LEASE TRUST**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:6-2<br>CLAIM:  2,351.38<br>COMMENT:  LEASE DEFICIENCY*AMD*RS/OE@12 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9637 |