**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Holly J Stefanski**
Debtor(s)

Bankruptcy Case No.: 17−21536−CMB
Related to Doc. No. 95
Chapter: 13
Docket No.: 96 − 95

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of June, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/23/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/12/22.**

                                        Carlota M. Bohm
                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:          Case No. 17-21536-CMB

Holly J Stefanski          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3

Date Rcvd: Jun 28, 2022      Form ID: 408v      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holly J Stefanski, 7 Dampscy Way, Imperial, PA 15126-9154 |
| 14403024 | | Crown Asset Management, LLC, P.O. Box C3800, Southeastern, PA 19398 |
| 14403025 | + | Fast Cash, P.O. Box 50, Fort Thompson, SD 57339-0050 |
| 14403026 | + | Frederic I. Weinberg, Esquire, 375 E. Elm St., Suite 210, Conshohocken, PA 19428-1973 |
| 14636618 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 29 2022 00:08:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 29 2022 00:08:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14403020 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:08:00 | AES/PHEAA, 1200 North 7th Street, Harrisburg, Pennsylvania 17102-1419 |
| 14809748 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 29 2022 00:08:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14403021 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:08:00 | Capital One Bank, N. A., P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 14403022 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity - Ann Taylor, P.O. Box 659728, San Antonio, Texas 78265-9728 |
| 14403023 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity - Venus, P.O. Box 659617, San Antonio, Texas 78265-9617 |
| 14644129 | + | Email/Text: ebnjts@grblaw.com | Jun 29 2022 00:08:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14403028 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:38 | Macy's, P.O. Box 9001094, Louisville, Kentucky 40290 |
| 14688187 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14777592 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2022 00:09:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14918973 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 29 2022 00:08:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14403027 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 29 2022 00:09:00 | Key Bank, P.O. Box 93885, Cleveland, Ohio 44101-5885 |

Case 17-21536-CMB   Doc 98   Filed 06/30/22   Entered 07/01/22 00:28:55   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: 408v | Total Noticed: 27 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14415428 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 29 2022 00:09:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 14403029 | | Email/PDF: pa_dc_claims@navient.com | Jun 29 2022 00:08:17 | Navient, P.O. Box 9533, Wilkes Barre, PA 18773-9533 |
| 14671333 | | Email/PDF: pa_dc_ed@navient.com | Jun 29 2022 00:08:17 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14632730 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:08:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14688553 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:07:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14674086 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14403030 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 29 2022 00:09:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14652031 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 29 2022 00:08:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15317864 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:08:19 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Holly J Stefanski fcorbett@fcorbettlaw.com fcorbett7@gmail.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jun 28, 2022 | Form ID: 408v | Total Noticed: 27

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5