**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HOLLY J STEFANSKI<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:17-21536<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 04/13/2017 and confirmed on 6/16/17 . The case was subsequently
Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,200.00 |
| Less Refunds to Debtor | 526.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,673.53 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,310.00 | |
|    Trustee Fee | 2,036.13 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,346.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1S15 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1S15 | | | | |
|   KEYBANK NA** | 8,878.06 | 8,878.06 | 1,281.54 | 10,159.60 |
|     Acct: 7017 | | | | |
| | | | | 10,159.60 |
| **Priority** | | | | |
|   FRANCIS E CORBETT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOLLY J STEFANSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOLLY J STEFANSKI | 370.00 | 370.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOLLY J STEFANSKI | 156.47 | 156.47 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANCIS E CORBETT ESQ | 4,310.00 | 4,310.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 10,540.68 | 10,540.68 | 0.00 | 10,540.68 |
|     Acct: J637 | | | | |
|   AMERICAN CREDIT ACCEPTANCE LLC | 0.00 | 12,583.76 | 0.00 | 12,583.76 |
|     Acct: 4492 | | | | |
| | | | | 23,124.44 |
| **Unsecured** | | | | |
|   ECMC(*) | 26,793.81 | 628.58 | 0.00 | 628.58 |
|     Acct: 7958 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,077.66 | 72.20 | 0.00 | 72.20 |
|     Acct: 9702 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,060.91 | 24.89 | 0.00 | 24.89 |
|     Acct: 1954 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7748 | | | | |
|   CROWN ASSET MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |

17-21536                                                                                                      Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | FAST CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEYBANK NA S/B/M FIRST NIAGARA BANK | 502.38 | 11.79 | 0.00 | 11.79 |
| | Acct: 6478 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,198.01 | 28.11 | 0.00 | 28.11 |
| | Acct: 9100 | | | | |
| | GLHEC & AFFILIATES: GLHEGC NELA USA | 86,221.46 | 2,022.76 | 0.00 | 2,022.76 |
| | Acct: 7958 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O THE DEP | 51,145.37 | 1,199.87 | 0.00 | 1,199.87 |
| | Acct: 7958 | | | | |
| | UNITED STUDENT AID FUNDS INC (USAF) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7958 | | | | |
| | TOYOTA LEASE TRUST | 2,351.38 | 55.16 | 0.00 | 55.16 |
| | Acct: 9637 | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 4,043.36 |

TOTAL PAID TO CREDITORS                                                                                37,327.40

TOTAL CLAIMED
PRIORITY          10,540.68
SECURED            8,878.06
UNSECURED       172,350.98


Date: 06/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
HOLLY J STEFANSKI

       Debtor(s)

Ronda J. Winnecour
       Movant
vs.
No Repondents.

Case No.:17-21536

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21536-CMB |
| Holly J Stefanski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holly J Stefanski, 7 Dampscy Way, Imperial, PA 15126-9154 |
| 14403024 | | Crown Asset Management, LLC, P.O. Box C3800, Southeastern, PA 19398 |
| 14403025 | + | Fast Cash, P.O. Box 50, Fort Thompson, SD 57339-0050 |
| 14403026 | + | Frederic I. Weinberg, Esquire, 375 E. Elm St., Suite 210, Conshohocken, PA 19428-1973 |
| 14636618 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 29 2022 00:08:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 29 2022 00:08:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14403020 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:08:00 | AES/PHEAA, 1200 North 7th Street, Harrisburg, Pennsylvania 17102-1419 |
| 14809748 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 29 2022 00:08:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14403021 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:08:00 | Capital One Bank, N. A., P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 14403022 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity - Ann Taylor, P.O. Box 659728, San Antonio, Texas 78265-9728 |
| 14403023 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity - Venus, P.O. Box 659617, San Antonio, Texas 78265-9617 |
| 14644129 | + | Email/Text: ebnjts@grblaw.com | Jun 29 2022 00:08:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14403028 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:39 | Macy's, P.O. Box 9001094, Louisville, Kentucky 40290 |
| 14688187 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14777592 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2022 00:09:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14918973 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 29 2022 00:08:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14403027 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 29 2022 00:09:00 | Key Bank, P.O. Box 93885, Cleveland, Ohio 44101-5885 |

Case 17-21536-CMB    Doc 99    Filed 06/30/22    Entered 07/01/22 00:28:55    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14415428 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 29 2022 00:09:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 14403029 | | Email/PDF: pa_dc_claims@navient.com | Jun 29 2022 00:08:02 | Navient, P.O. Box 9533, Wilkes Barre, PA 18773-9533 |
| 14671333 | | Email/PDF: pa_dc_ed@navient.com | Jun 29 2022 00:07:49 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14632730 | + | Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:08:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14688553 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14674086 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14403030 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 29 2022 00:09:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14652031 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 29 2022 00:08:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15317864 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:08:18 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2022           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Holly J Stefanski fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 27

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5