IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
HOLLY J STEFANSKI

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-21536

Chapter 13

Document No.: 95

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __14th__ day of __August__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/14/22 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Holly J Stefanski  
    Debtor

Case No. 17-21536-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Aug 16, 2022      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holly J Stefanski, 7 Dampscy Way, Imperial, PA 15126-9154 |
| 14403024 | | Crown Asset Management, LLC, P.O. Box C3800, Southeastern, PA 19398 |
| 14403025 | + | Fast Cash, P.O. Box 50, Fort Thompson, SD 57339-0050 |
| 14403026 | + | Frederic I. Weinberg, Esquire, 375 E. Elm St., Suite 210, Conshohocken, PA 19428-1973 |
| 14636618 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 16 2022 23:49:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison, WI 53708 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 16 2022 23:49:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14403020 | + | Email/Text: bncnotifications@pheaa.org | Aug 16 2022 23:49:00 | AES/PHEAA, 1200 North 7th Street, Harrisburg, Pennsylvania 17102-1419 |
| 14809748 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 16 2022 23:49:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 14403021 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 16 2022 23:56:53 | Capital One Bank, N. A., P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 14403022 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 16 2022 23:49:00 | Comenity - Ann Taylor, P.O. Box 659728, San Antonio, Texas 78265-9728 |
| 14403023 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 16 2022 23:49:00 | Comenity - Venus, P.O. Box 659617, San Antonio, Texas 78265-9617 |
| 14644129 | + | Email/Text: ebnjts@grblaw.com | Aug 16 2022 23:49:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14403028 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2022 23:57:00 | Macy's, P.O. Box 9001094, Louisville, Kentucky 40290 |
| 14688187 | | Email/Text: bnc-quantum@quantum3group.com | Aug 16 2022 23:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14777592 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 16 2022 23:49:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14918973 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 16 2022 23:49:00 | GLHEC & Aff: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 14403027 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 16 2022 23:49:00 | Key Bank, P.O. Box 93885, Cleveland, Ohio 44101-5885 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14415428 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 16 2022 23:49:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Ohio 44144-2338 |
| 14403029 | | Email/PDF: pa_dc_claims@navient.com | Aug 16 2022 23:56:59 | Navient, P.O. Box 9533, Wilkes Barre, PA 18773-9533 |
| 14671333 | | Email/PDF: pa_dc_ed@navient.com | Aug 16 2022 23:57:03 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14632730 | + | Email/Text: bncnotifications@pheaa.org | Aug 16 2022 23:49:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14688553 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2022 23:57:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14674086 | | Email/Text: bnc-quantum@quantum3group.com | Aug 16 2022 23:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14403030 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 16 2022 23:49:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 14652031 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 16 2022 23:49:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15317864 | | Email/PDF: bncnotices@becket-lee.com | Aug 16 2022 23:56:54 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 18, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Francis E. Corbett | on behalf of Debtor Holly J Stefanski fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Aug 16, 2022 | Form ID: pdf900 | Total Noticed: 27

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5